**Order filed, January 25, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00884-CV

_____

## LAURA ANN SIMS, Appellant

## V.

## ERICK CACERES AND VILMA CACERES, INDIVIDUALLY AND AS NEXT FRIENDS OF ERIKA CACERES AND VENESSA CACERES, MINORS, Appellee

On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2011-26275

## ORDER

The reporter's record in this case was due **January 15, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Susan Leediker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM